JORDAN, Circuit Judge,
concurring:
I join all but Part II.C of the majority opinion and concur in the judgment. Ms. Gissendaner’s allegations do not state a due process claim given our interpretation in Wellons v. Comm’r, Ga. Dep’t of Corr., 754 F.3d 1268 (11th Cir.2014), of Justice O’Connor’s controlling opinion in Ohio *1334 Adult Parole Authority v. Woodard, 523 U.S. 272,. 288-90, 118 S.Ct. 1244, 140 L.Ed.2d 387 (1998) (O’Connor, J., concurring). Because I agree with the majority that Wellons governs, I do not think it is necessary to address how we would read Woodard if Wellons were distinguishable.